**Buford Lee SWORD, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 21888.

United States Court of Appeals
Fifth Circuit.

March 12, 1965.

Buford Lee Sword, Marion, Ill., for appellant.

Fred Butler, Asst. U. S. Atty., San Antonio, Tex., Ernest Morgan, U. S. Atty., Western District of Texas, San Antonio, Tex., Henry Valdespino, Asst. U. S. Atty., Western District of Texas, San Antonio, Tex., for appellee.

Before TUTTLE, Chief Judge, and BROWN and FRIENDLY,* Circuit Judges.

PER CURIAM:

The judgment is affirmed.

**Daniel L. BROADHEAD, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 21881.

United States Court of Appeals
Fifth Circuit.

March 8, 1965.

Daniel L. Broadhead, pro se.

William A. Kimbrough, Jr., Asst. U. S. Atty., Mobile, Ala., Vernol R. Jansen, Jr., U. S. Atty., Ralph O. Howard, Asst. U. S. Atty., for appellee.

* Of the Second Circuit sitting by designation.

. Before WHITAKER,* Senior Judge, and RIVES and JONES, Circuit Judges.

PER CURIAM:

The appellant entered a plea of guilty to an indictment charging Dyer act, 18 U.S.C.A. § 2312 violations. He seeks to be relieved from the penalty imposed by invoking 28 U.S.C.A. § 2255. The district court denied the motion. We find no merit in appellant's contentions and the judgment of the district court is

Affirmed.